O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNARDO ALEJANDRO MARES,

Petitioner,

v.

KEN CLARK, Warden,

Respondent.

Case No. 8:21-cv-00843-RGK-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 18).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 22) have been made.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying Claims One, Two, and Four on the merits and dismissing Claim Three as procedurally defaulted.

DATED: May 4, 2022

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE