JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO ALEJANDRO MARES,<br><br>        Petitioner,<br><br>       v.<br><br>KEN CLARK, Warden,<br><br>        Respondent. | Case No. 8:21-cv-00843-RGK-KES<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

     IT IS ADJUDGED that Claims One, Two, and Four of the Petition (Dkt. 1) are denied on the merits and Claim Three is dismissed as procedurally defaulted.

DATED:  May 4, 2022

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE